UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| YT USA, LLC, | ) | 3:17-cv-00481-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| YT-INDUSTRIES GMBH, | ) | |
| Defendant. | ) | |

On March 2, 2018, Plaintiff YT USA LLC filed a notice of voluntary dismissal without prejudice pursuant to FRCP 41(A)(1)(a)(i) (ECF No. 4). Thereafter, on that same date, the Clerk of Court sua sponte closed the case on the record. In order to officially respond to the voluntary dismissal of this action, the Court hereby dismisses this action without prejudice.

IT IS SO ORDERED.

DATED: This 20th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

1